377 A.2d 170

Commonwealth, Appellant, v. Gilchrist.

Argued November 10, 1976. Charles W. Johns, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellant; Paulette J. Balogh, Appellate Counsel, with her Ralph J. Cappy, Public Defender, for appellee.

Order affirmed.

PRICE, J., dissents.

377 A.2d 171

Commonwealth v. Goodwin, Appellant.

Submitted October 8, 1976. Albert John Snite, Jr., and John W. Packel, Assistant Defenders, for appellant; James C. Long, Jr., and Deborah E. Glass, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.